**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **VOIP-PAL.COM, INC.,** *Plaintiff,* <br><br> v. <br><br> **FACEBOOK, INC., WHATSAPP, INC.,** *Defendants.* | § § § § § § § § § | **6:20-CV-00267-ADA** |
| **VOIP-PAL.COM, INC.,** *Plaintiff,* <br><br> v. <br><br> **GOOGLE LLC,** *Defendant.* | § § § § § § § § § | **6:20-CV-00269-ADA** |
| **VOIP-PAL.COM, INC.,** *Plaintiff,* <br><br> v. <br><br> **AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AMAZON WEB SERVICES, INC.,** *Defendants.* | § § § § § § § § § § § | **6:20-CV-00272-ADA** |
| **VOIP-PAL.COM, INC.,** *Plaintiff,* <br><br> v. <br><br> **APPLE INC.,** *Defendant.* | § § § § § § § § § | **6:20-CV-00275-ADA** |

| | | |
|---|---|---|
| **VOIP-PAL.COM, INC.,**<br>            *Plaintiff,*<br><br>v.<br><br>**AT&T CORPORATION,  AT&T SERVICES, INC.,  AT&T MOBILITY, LLC,**<br>            *Defendants*. | § § § § § § § § § § | **6:20-CV-00325-ADA** |
| **VOIP-PAL.COM, INC.,**<br>            *Plaintiff,*<br><br>v.<br><br>**VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,  VERIZON SERVICES CORP.,  VERIZON BUSINESS NETWORK SERVICES, INC.,**<br>            *Defendants*. | § § § § § § § § § § § § § § | **6:20-CV-00327-ADA** |

## ORDER STAYING CASES

The above-entitled and numbered cases are stayed until the Northern District of California enters an order on the pending motions to dismiss in each of the following cases:

- *Twitter, Inc. v. Voip-Pal.com, Inc.* (5:20-cv-02397)
- *Apple Inc v. Voip-Pal.com, Inc.* (5:20-cv-02460)
- *AT&T Corp. et al v. VoIP-Pal.com, Inc.* (5:20-cv-02995)
- *Cellco Partnership d/b/a Verizon Wireless v. VoIP-Pal.com, Inc.* (5:20-cv-03092)

Plaintiff is directed to inform this Court within seven days of the entry of the last order.

SIGNED this 29th day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE